AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

## DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD L. ABBOTT,<br>c/o Richard L. Abbott, Esquire, Abbott Law Firm, 724<br>Yorklyn Road, Suite 240, Hockessin, DE 19707,<br><br>*Plaintiff(s)*<br><br>v.<br><br>LUKE W. METTE, KATHLEEN M. VAVALA,<br>COLLINS J. SEITZ, JR., JAMES T. VAUGHN, JR.,<br>TAMIKA R. MONTGOMERY-REEVES, GARY F.<br>TRAYNOR, and KAREN L. VALIHURA,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.   20 - 131

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Kathleen M. Vavala
Office of Disciplinary Counsel
The Renaissance Centre
405 North King Street, Suite 420
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Richard L. Abbott, Esquire
Abbott Law Firm
724 Yorklyn Road, Suite 240
Hockessin, DE 19707

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   JAN 2 8 2020

*Nicole Maud*

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-131

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Kathleen M. Vavala

was received by me on *(date)*          1/28/2020

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Angela James  - Authorized to Accept          , who is

designated by law to accept service of process on behalf of *(name of organization)*  Office of Disciplinary Counsel

405 N. King St. Suite 420, Wilmington, DE 19801  @2:30 pm  on *(date)*          01/28/2020          ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $          0.00        .

I declare under penalty of perjury that this information is true.

Date:          01/28/2020

_____
Server's signature

William Graham - Process Server
Printed name and title

230 North Market Street
Wilmington, DE 19801
Server's address

Additional information regarding attempted service, etc:

Documents Served:
1. Summons
2. Oral Order;
3. Complaint, Exhibits, Civil Case Sheet; and
4. Motion for Temporary Restraining Order.