AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD L. ABBOTT,<br>c/o Richard L. Abbott, Esquire, Abbott Law Firm, 724 Yorklyn Road, Suite 240, Hockessin, DE 19707,<br><br>*Plaintiff(s)*<br>v.<br>LUKE W. METTE, KATHLEEN M. VAVALA, COLLINS J. SEITZ, JR., JAMES T. VAUGHN, JR., TAMIKA R. MONTGOMERY-REEVES, GARY F. TRAYNOR, and KAREN L. VALIHURA,<br>*Defendant(s)* | Civil Action No.  20-131 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Karen L. Valihura
Delaware Supreme Court
The Renaissance Centre
405 North King Street, Suite 509
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Richard L. Abbott, Esquire
Abbott Law Firm
724 Yorklyn Road, Suite 240
Hockessin, DE 19707

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  JAN 28 2020                             *Nicole Hand*
                                             *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-131

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Karen L. Valihura

was received by me on *(date)* 1/28/2020

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Renee Showeld - Authorized to Accept, who is designated by law to accept service of process on behalf of *(name of organization)* Delaware Supreme Court 405 N. King St. Suite 509 Wilmington, DE 19801 @2:26 pm on *(date)* 01/28/2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 01/28/2020

*Server's signature*

William Graham - Process Server
*Printed name and title*

230 North Market Street
Wilmington, DE 19801
*Server's address*

Additional information regarding attempted service, etc:
Documents Served:
1. Summons
2. Oral Order;
3. Complaint, Exhibits, Civil Case Sheet; and
4. Motion for Temporary Restraining Order.