# ABBOTT LAW FIRM LLC

RICHARD L. ABBOTT, ESQ.
302.489.ALAW
RICH@RICHABBOTTLAWFIRM.COM

January 30, 2020

**VIA ELECTRONIC FILING & HAND DELIVERY**

The Honorable Richard G. Andrews
United States District Court
For the District of Delaware
844 N. King Street, Room 4209, Unit 18
Wilmington, DE 19801

    Re:    *Abbott v. Mette et al.*
             C.A. No. 20-cv-131-RGA

Dear Judge Andrews:

    Enclosed please find 2 courtesy copies of the Complaint and Verified Motion for Temporary Restraining Order ("TRO Motion") in the above-captioned action.

    I write to respectfully request expedited consideration of the TRO Motion, which seeks to halt proceedings that are scheduled to take place on Wednesday, February 5, 2020.

    Pursuant to Oral Order of The Honorable Maryellen Noreika on Tuesday, January 28th, any responses to the TRO Motion are due by 12 noon on Friday, January 31st.

    If the Court wishes to entertain argument of counsel via telephone on the TRO, I will be pleased to set up the teleconference. I will await further word from Chambers as to whether the Court wishes to entertain oral argument or will decide the TRO based on the papers.

                                    Very truly yours,

                                    Richard L. Abbott

RLA:cth
Enclosures

cc:    Luke W. Mette, Esquire (w/o enclosures) – Via Email Only
        Kathleen M. Vavala, Esquire (w/o enclosures) – Via Email Only

724 YORKLYN ROAD • SUITE 240 • HOCKESSIN, DELAWARE 19707 • FAX 302.489.2535