# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD L. ABBOTT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-131- RGA |
| | ) |
| LUKE W. METTE, KATHLEEN M. VAVALA, COLLINS J. SEITZ, JR., JAMES T. VAUGHN, JR., TAMIKA R. MONTGOMERY-REEVES, GARY F. TRAYNOR, and KAREN L. VALIHURA, | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

Without waiver of any defenses, including, but not limited to, insufficiency of service, or insufficiency of service of process, any jurisdictional defense or any affirmative defense, please enter the appearance of Deputy Attorney General George T. Lees III on behalf of defendants Luke W. Mette, Kathleen M. Vavala, Collins J. Seitz, Jr., James T. Vaughn, Jr., Tamika R. Montgomery-Reeves, Gary F. Traynor and Karen L. Valihura for the above-captioned matter.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ *George T. Lees III*
George T. Lees ID #3647
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Fl.
Wilmington, Delaware 19801
(302) 577-8400
George.Lees@delaware.gov
*Attorney for Defendants*

Dated: January 31, 2020